CITY OF MIAMI BEACH, *et al.*, v. SUN OIL COMPANY.

194 So. 237
Opinion Filed January 23, 1940
Rehearing Denied March 11, 1940

*J. Harvey Robillard,* City Attorney of Miami Beach, *James E. Calkins, B. R. Coleman* and *Loftin, Stokes & Calkins,* for Appellants;

*Adair, Cooper, Osborne & Copp, Cyril C. Copp* and *Wm. A. McRae, Jr.,* for Appellee.

PER CURIAM.—The above styled cause is ruled by City of Miami Beach, *et al.,* v. The Texas Company, 141 Fla. 616, 194 So. 368, and City of Miami Beach, *et al.,* v. Gulf Oil Corporation, 141 Fla. 642, 194 So. 236, companion cases this day decided by this Court. The decree appealed from is hereby affirmed.

TERRELL, C. J., WHITFIELD, BUFORD, CHAPMAN · and THOMAS, J. J., concur.

BROWN, J., not participating.